IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**AMY WILLIAMS, Individually and on**                             **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                     No. 6:20-cv-223-ADA-JCM

**CORYELL COUNTY MEMORIAL**                                 **DEFENDANT**
**HOSPITAL AUTHORITY**

## JOINT NOTICE OF SETTLEMENT

COME NOW Plaintiff Amy Williams, individually and on behalf of all other similarly situated, by and through her attorneys Merideth Q. McEntire and Josh Sanford of the Sanford Law Firm, PLLC, and Defendant Coryell County Memorial Hospital Authority, by and through its attorneys Kevin Brown and Tori Harrison, and hereby notify the Court that the Parties have reached a settlement in principle that will resolve all claims asserted against Defendant in this litigation. The Parties are in the process of finalizing settlement terms and expect to file a Joint Motion for Approval of Settlement and Stipulation of Dismissal with the Court within thirty (30) days from the filing of this Joint Notice of Settlement.

Respectfully submitted,

**AMY WILLIAMS, Individually and on behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

By: /s/ Josh Sanford
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

Merideth Q. McEntire
Tex. Bar No. 24105123
merideth@sanfordlawfirm.com

and **CORYELL COUNTY MEMORIAL HOSPITAL AUTHORITY, DEFENDANT**

WALLER LANDSEN DORTCH
& DAVIS, LLP
100 Congress Avenue, 18th Floor
Austin, TX 78701
Telephone: (512) 685-6405

By: /s/ Kevin Brown
Kevin Brown
Tex. Bar No. 24045222
kevin.brown@wallerlaw.com

Tori Harrison
Tex. Bar No. 24109976
tori.harrison@wallerlaw.com

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing document was filed via the CM/ECF system, which will provide notice to the attorneys named below:

Kevin Brown
kevin.brown@wallerlaw.com
Tori Harrison
tori.harrison@wallerlaw.com

*/s/ Josh Sanford*
**Josh Sanford**