IN THE UNITED DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMY WILLIAMS, Individually and on Behalf of All Others Similarly Situated<br>    Plaintiff,<br><br>v.<br><br>CORYELL COUNTY MEMORIAL HOSPITAL AUTHORITY,<br>    Defendant. | §<br>§<br>§<br>§<br>§   Civil Action No.<br>§   6:20-CV-00223-ADA-JCM<br>§<br>§<br>§<br>§ |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND STIPULATION OF DISMISSAL

The Court, having considered Plaintiffs' and Defendant's Motion for Approval of FLSA Settlement and Stipulation of Dismissal and having considered the Parties' settlement agreement and having found that bona fide disputes exist, is of the opinion that the motion should be GRANTED. It is therefore

ORDERED that the settlement agreement between the Plaintiff and Defendants is hereby approved as a fair and reasonable resolution of the Parties' bona fide disputes. It is further ORDERED, ADJUDGED, AND DECREED that the claims of Plaintiffs are hereby dismissed with prejudice.

SIGNED and ENTERED this 24th day of August, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE